# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2058
LT Case No. 42-2021-DP-000098

_____

T.F., FATHER OF T.V., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Jeffrey M. Harper, of Harper Law, Gainesville, for Appellant.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals,
Tallahassee, and Kristie L. Hatcher-Bolin, of Gray Robinson,
P.A., Lakeland, for Statewide Guardian ad Litem.

November 26, 2025


PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____